Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@doingerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MERIDIAN TEXTILES, INC.,

Plaintiff,

v.

ZOETOP BUSINESS CO., LTD., *et al*.

Defendants.

Case No.: 2:21-cv-05665-RSWL-SK
*Hon. Ronald S. W. Lew Presiding*

**NOTICE OF SETTLEMENT**

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

PLEASE TAKE NOTICE that a settlement to resolve all claims at issue in the action has been reached. The parties expect the settlement will be fully effectuated within forty-five (45) days.

In the interim, Plaintiff respectfully request that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Dated: November 5, 2021          By:    */s/ Kelsey M. Schultz*
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

NOTICE OF SETTLEMENT