Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., | Case No.: 2:21-cv-05665-RSWL-SK |
| | *Hon. Ronald S. W. Lew Presiding* |
| Plaintiff, | |
| | **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| ZOETOP BUSINESS CO., LTD., *et al.* | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Meridian Textiles, Inc. hereby dismisses this action, *with prejudice*, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 29, 2021        By:   /s/ *Stephen M. Doniger*
                                      Stephen M. Doniger, Esq.
                                      Kelsey M. Schultz, Esq.
                                      DONIGER / BURROUGHS
                                      Attorneys for Plaintiff